1204

IN RE RESIGNATION OF LUGINBUHL.

[Cite as *In re Resignation of Luginbuhl* (1993), 67 Ohio St.3d 1204.]

(No. 93–1024—Submitted June 1, 1993—Decided June 2, 1993.)

The resignation of Randall Jay Luginbuhl of Columbus, Ohio, as an attorney, Registration No. 0022841, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

IN RE RESIGNATION OF DAMIANI.

[Cite as *In re Resignation of Damiani* (1993), 67 Ohio St.3d 1204.]

(No. 93–1296—Submitted July 8, 1993—Decided July 9, 1993.)

The resignation of Richard A. Damiani of Cleveland, Ohio, as an attorney, Registration No. 0011988, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

IN RE RESIGNATION OF FRIEDMAN.

[Cite as *In re Resignation of Friedman* (1993), 67 Ohio St.3d 1204.]

(No. 93–1286—Submitted July 8, 1993—Decided July 9, 1993.)

The resignation of Jules K. Friedman of Cincinnati, Ohio, as an attorney, Registration No. 0025573, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.